CO-386-online
10/03

# United States District Court
# For the District of Columbia

AMERICAN-ARAB  )
ANTI-DISCRIMINATION COMMITTEE  )
)
)
           Plaintiff  )   Civil Action No. _____
vs  )
)
UNITED STATES DEPARTMENT OF  )
HOMELAND SECURITY; IMMIGRATION AND  )
CUSTOMS ENFORCEMENT  )
)
           Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE  which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 458441
BAR IDENTIFICATION NO.

Tefft W. Smith
Print Name

Kirkland & Ellis LLP, 655 15th Street NW, Suite 1200
Address

Washington, DC    20005
City       State       Zip Code

202-879-5000
Phone Number