U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American-Arab Anti-Discrimination Committee

vs.

United States Department of Homeland Security, et al.

No. 1:06CV01770 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Civil Cover Sheet, Certificate Rule LCvR 7.1, Complaint for Declaratory and Injunctive Relief and Exhibit 1 - 8 in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:45 pm on October 17, 2006, I served United States Department of Homeland Security at 20 Massachusetts Avenue, NW, Washington, DC 20536 by serving Jamie McKutchin, Special Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     40
HEIGHT-  5'4"
HAIR-    BLACK
WEIGHT-  145
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  10-18-06
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 178363