UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE<br>1732 Wisconsin Avenue, NW<br>Washington, DC 20007<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>425 I Street, NW<br>Washington, D.C. 20536<br><br>　　　　Defendants. | Civil Action: 06-01770-JR |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Marcia K. Sowles, U.S. Department of Justice, at the address and telephone number listed below, hereby enters her appearance as counsel for the defendants in this case.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES, DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7108
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov
Attorneys for Defendant