UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE<br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>and<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>　　　Defendants. | Civil Action: 06-01770-JR |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant United States Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE") move to extend the time to file their motion for summary judgment from December 19, 2006, to January 18, 2007. Defendants aver the following in support thereof:

1.　　Plaintiff filed this action pursuant to the Freedom of Information Act on October 17, 2006. In this action, plaintiff seek to compel the production of data regarding the nationality, race, ethnicity, religion and gender of 237 individuals arrested by ICE in October 2004.

2.　　Defendants timely filed their answer on November 16, 2006. Shortly thereafter, on November 20, 2006, this Court issued an order stating that defendants had thirty days to file a dispositive motion or, in the alternative to file a report setting forth the schedule for production

of the information.

3. This motion for a thirty day extension is required for several reasons. First, defendant's counsel has conflicting deadlines in other cases. Second, she will be out of the office during part of next two weeks to be with a close friend who is terminally ill and then out of town from December 22, 2006, to December 27, 2006, on a previously planned vacation. Third, because of the complexity of the case and the national security issues involved, preparation of the motion for summary judgment and supporting declarations and memorandum requires close coordination with employees at ICE, many of whom will be out of the office due to the intervening holidays.

4. Defendants have not sought any previous extensions of time in this case.

5. Counsel for defendant consulted plaintiff's counsel Michael D. Shumsky regarding this extension, he stated that plaintiff does not oppose this 30 day extension.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES, DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7114
Washington, D.C. 20530
Tel.: (202) 514-4960
Fax: (202) 616-8470
E-mail: marcia.sowles@usdoj.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

AMERICAN-ARAB ANTI-DISCRIMINATION )
COMMITTEE )
      Plaintiff, )
)
      v. ) Civil Action: 06-01770-JR
)
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY )
)
and )
)
IMMIGRATION AND CUSTOMS )
ENFORCEMENT )
      Defendants. )

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Upon consideration of defendants' unopposed motion for a extension of time, it is hereby

**ORDERED** that defendant's motion to dismiss is **granted**; it is further

**ORDERED** that defendants shall have until January 18, 2007, to file a motion for summary judgment this action.

_____                             _____
Date                                          UNITED STATES DISTRICT JUDGE