UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE <br> 1732 Wisconsin Avenue, NW <br> Washington, DC 20007 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY <br> Washington, D.C. 20528 <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT <br> 425 I Street, NW <br> Washington, D.C. 20536 <br><br> Defendants. | Civil Action No.: 06-1770-JR |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff American-Arab Anti-Discrimination Committee hereby moves to extend the time in which to file its opposition to defendants' motion for summary judgment from January 29, 2007 to March 15, 2007.

1.  Plaintiff filed this FOIA action on October 17, 2006, seeking to compel defendants to disclose undifferentiated data on the national origin, ethnicity, race, religion, and gender of a group of approximately 230 persons detained by the government in connection with a law enforcement operation known as the "October Plan."

2.  On November 20, 2006, following receipt of defendants' answer, this Court entered an order requiring defendants to file a dispositive motion or, in the alternative, a report setting forth a production schedule for the requested information, within 30 days.

3.  On December 12, 2006, defendants filed an unopposed motion for a 30-day extension within which to file their motion for summary judgment. This Court granted that motion on January 12, 2007.

4. On January 18, 2007, defendants filed their motion for summary judgment.

5. Plaintiff's opposition to defendants' motion for summary judgment is currently due on January 29, 2007.

6. Several grounds support plaintiff's request for an extension of time. Shortly before defendants filed their motion for summary judgment, plaintiff's counsel's girlfriend was diagnosed with breast cancer. Counsel has therefore missed several days of work to attend doctor's appointments with his girlfriend. She is currently selecting a course of treatment and seeking to schedule a major surgical operation to be performed within then next 2-3 weeks. Once that surgery is performed, counsel expects to be out of the office for approximately ten days in order to care for his girlfriend. In addition, due to the government's assertion that national security issues preclude the disclosure of the requested information, preparation of plaintiff's opposition to summary judgment and supporting declarations will require additional time and care.

7. Plaintiff has not previously sought an extension of time in this case.

8. Counsel for plaintiff has spoken with Marcia Sowles, counsel of record for the defendants, and she stated that defendants do not oppose this request for a 45-day extension of time.

WHEREFORE, plaintiff respectfully moves to extend the time in which to file its opposition to defendants' motion for summary judgment to March 15, 2007.

Dated: January 29, 2007                    Respectfully submitted,

s/ Michael D. Shumsky_____

Tefft W. Smith (D.C. Bar No. 458441)
Michael D. Shumsky (D.C. Bar No. 495078)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Ph:    (202) 879-5000
Fax:   (202) 879-5200

*Counsel for Plaintiff*
*American-Arab Anti-Discrimination Committee*

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE<br>1732 Wisconsin Avenue, NW<br>Washington, DC  20007<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>425 I Street, NW<br>Washington, D.C. 20536<br><br>        Defendants. | Civil Action No.: 06-1770-JR |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon consideration of plaintiff's unopposed motion for an extension of time, it is hereby ordered that plaintiff's motion is **GRANTED**.  Plaintiff shall have until March 15, 2007 to file its opposition to defendants' motion for summary judgment.

Dated: _____                    _____

                                                                       UNITED STATES DISTRICT JUDGE