# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE<br>1732 Wisconsin Avenue, NW<br>Washington, DC   20007 | )<br>)<br>)<br>)<br>)<br>) |  |
| Plaintiff, | )<br>) |  |
| v. | )<br>) | Civil Action No.: 06-1770-JR |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C. 20528 | )<br>)<br>)<br>) |  |
| IMMIGRATION AND CUSTOMS ENFORCEMENT<br>425 I Street, NW<br>Washington, D.C. 20536 | )<br>)<br>)<br>)<br>) |  |
| Defendants. | )<br>) |  |

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME

Plaintiff American-Arab Anti-Discrimination Committee hereby moves to extend the time in which to file its opposition to defendants' motion for summary judgment from March 15, 2007 to April 15, 2007.

1.      Plaintiff filed this FOIA action on October 17, 2006, seeking to compel defendants to disclose undifferentiated data on the national origin, ethnicity, race, religion, and gender of a group of approximately 230 persons detained by the government in connection with a law enforcement operation known as the "October Plan."

2.      On November 20, 2006, following receipt of defendants' answer, this Court entered an order requiring defendants to file a dispositive motion or, in the alternative, a report setting forth a production schedule for the requested information, within 30 days.

3.      On December 12, 2006, defendants filed an unopposed motion for a 30-day extension within which to file their motion for summary judgment.  This Court granted that motion on January 12, 2007.

4.      On January 18, 2007, defendants filed their motion for summary judgment.

5.      On January 29, 2007, plaintiff filed an unopposed motion to extend until March 15, 2007 the deadline for its opposition to the defendants' summary judgment motion.  That motion stemmed in part from the fact that plaintiff's counsel's expected to be out of the office in order to care for his girlfriend during her treatment for breast cancer and in part on the plaintiff's need to respond to the national security claims raised by the defendants.

6.      On January 31, 2007, the Court granted plaintiff's unopposed motion for an extension of time.

7.      Several grounds support the plaintiff's request for a further extension of time.

8.      First, plaintiff's counsel requires additional time to care for his girlfriend.  Although her February 23 surgery appears to have been successful, her recovery has not gone as planned.  After being discharged from the hospital on February 24, she required emergency medical attention on February 25 and further appointments with her surgical team on March 1 and 2 and medical oncologist on March 5.  In addition, her physicians' post-operative pathological assessment revealed significant tissue abnormalities that had not previously been diagnosed.  As a result, her physicians have determined that she needs to commence chemotherapy treatment as soon as practicable.  Beyond further complicating her recovery, the new diagnosis and planned course of treatment has required plaintiff's counsel and his girlfriend to schedule a number of unanticipated medical appointments in the next two weeks.  These appointments include additional post-surgical consultation, diagnostic testing, and consultation with a reproductive endocrinologist.  As a result of these developments, counsel has missed (and expects to miss) many more days of work than previously anticipated, and has not been able to devote sufficient attention to this matter to meet the March 15, 2007 deadline for filing plaintiff's opposition to summary judgment.

9.      Second, plaintiff has retained an expert witness to opine on the national security implications of the requested disclosures, and he requires additional time to complete his drafting of an expert declaration in this case.  As a former Chief of Operations and Analysis at the Central Intelligence Agency's Counterterrorism Center and Director of Intelligence Programs for the National Security

Council, this expert witness is uniquely positioned to assist the Court in considering the assertions raised by the defendants.  An extension of time would enable plaintiff's expert to refine his declaration for a more effective presentation to the Court.

10.    Counsel for plaintiff has consulted Marcia Sowles, counsel of record for defendants, regarding this extension request.  She informed plaintiff's counsel that defendants consent to this request for an extension of time.

WHEREFORE, plaintiff respectfully moves to extend the time in which to file its opposition to defendants' motion for summary judgment to April 15, 2007.


Dated:  March 8, 2007                    Respectfully submitted,


                                        s/ Michael D. Shumsky_____

                                        Tefft W. Smith (D.C. Bar No. 458441)
                                        Michael D. Shumsky (D.C. Bar No. 495078)
                                        KIRKLAND & ELLIS LLP
                                        655 Fifteenth Street, N.W.
                                        Washington, D.C.  20005
                                        Ph:     (202) 879-5000
                                        Fax:    (202) 879-5200

                                        *Counsel for Plaintiff*
                                        *American-Arab Anti-Discrimination Committee*

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE 1732 Wisconsin Avenue, NW Washington, DC 20007 | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 06-1770-JR |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY Washington, D.C. 20528 | ) ) ) ) | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT 425 I Street, NW Washington, D.C. 20536 | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Upon consideration of plaintiff's unopposed motion for an extension of time, it is hereby ordered that plaintiff's motion is **GRANTED**. Plaintiff shall have until April 15, 2007 to file its opposition to defendants' motion for summary judgment.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE