## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE<br>1732 Wisconsin Avenue, NW<br>Washington, DC 20007<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>425 I Street, NW<br>Washington, D.C. 20536<br><br>   Defendants. | Civil Action No.: 06-1770-JR |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Upon consideration of plaintiff's unopposed motion for an extension of time, it is hereby ordered that plaintiff's motion is **GRANTED**. Plaintiff shall have until April 15, 2007 to file its opposition to defendants' motion for summary judgment.

Dated: _____

                    UNITED STATES DISTRICT JUDGE