UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE<br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>and<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>　　　　Defendants. | Civil Action: 06-01770-JR |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants United States Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE") move to extend the time to file their opposition to plaintiff's cross motion for summary judgment and their reply in support of defendants' motion for summary judgment to June 4, 2007. Defendants aver the following in support thereof:

1. Plaintiff filed this action pursuant to the Freedom of Information Act ("FOIA") on October 17, 2006. In this action, plaintiff seeks to compel the production of data regarding the nationality, race, ethnicity, religion and gender of 237 individuals arrested by ICE in October 2004.

2. Defendants filed their motion for summary judgment on January 18, 2007.

3. This Court granted plaintiff two unopposed motions for extensions of time to file its

opposition. On April 16, 2007, plaintiff filed its opposition to defendants' motion for summary judgment. At the same time, it filed a cross-motion for summary judgment.

4. This extension is required because defendants' counsel has deadlines in several other cases. Additional time is also required because preparation of the defendants' opposition to plaintiff's motion for summary judgment and reply in support of defendants' motion for summary judgment will require close coordination with certain ICE employees, who are currently working on another FOIA case with litigation deadlines in late April and mid-May.

4. Defendants have not sought any previous extensions of time for its reply and opposition.

5. Counsel for defendants consulted plaintiff's counsel Michael D. Shumsky regarding this extension, he stated that plaintiff does not oppose this extension.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES, DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7114
Washington, D.C. 20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail: marcia.sowles@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE<br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>and<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>       Defendants. | Civil Action: 06-01770-JR |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Upon consideration of defendants' unopposed motion for extension of time, it is hereby

**ORDERED** that defendants' motion for extension of time is **granted**; it is further

**ORDERED** that defendants shall have until June 4, 2007, to file its opposition to plaintiff's cross-motion for summary judgment and reply in support of defendants' motion for summary judgment.

_____
Date

_____
UNITED STATES DISTRICT JUDGE