**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1770 (JR) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : |
| Defendants. | : |

### ORDER

For the reasons set forth in the accompanying memorandum, the defendant's motion for summary judgment [14] is **GRANTED**. The plaintiff's motion for partial summary judgment [18] is **DENIED**. It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge